**GORDON et al. v. W. T. RAWLEIGH CO.**

No. 14285—Opinion Filed July 24, 1923.

Rehearing Denied Sept. 25, 1923.

(Syllabus.)

**Appeal and Error—Extension of Time for Case-Made — Invalidity of Order — Dismissal.**

An order, purporting to grant an extension of time in which to make and serve case-made for appeal to the Supreme Court, made after the expiration of the time formerly allowed, is a nullity, and an appeal based upon service of a case-made thereunder will be dismissed.

Error from District Court, Garvin County; W. L. Eagleton, Judge.

Action between the W. T. Rawleigh Company and I. J. Gordon and others. From the judgment, the latter bring error. Dismissed.

Cicero I. Murray, for plaintiffs in error.

Bowling & Farmer, for defendant in error.

HARRISON, J. This case is disposed of on motion of defendant in error to dismiss appeal.

It appears from the record that on January 2, 1923, an order was made granting an extension of 60 days from said date in which to complete and serve case-made; this extension expired March 3, 1923. On March 6, 1923, another order was made purporting to grant further extension. The court was without power on March 6 to grant a further extension, the period of the former order having expired on a date prior to March 6th; therefore the purported order made on March 6th was without authority and void. Montoon v. Smith, 85 Okla. 43, 203 Pac. 214; Brittain v. Lorett, 85 Okla. 49, 204 Pac. 438.

An order purporting to grant an extension of time in which to make and serve case-made for appeal to the Supreme Court, made after the expiration of the time formerly allowed, is a nullity, and an appeal based upon service of a case-made thereunder will be dismissed.

Dismissed.

JOHNSON, C. J., and KANE, KENNAMER, and COCHRAN, JJ., concur.